**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | |
|---|---|
| 970 Broad Street, Suite 700 | 973/645-2700 |
| Newark, NJ 07102 | |

2006R000751/BAH

December 10, 2010

<u>Via ECF</u>

Hon. Peter G. Sheridan
Clarkson S. Fisher Federal Building
  and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   Re: United States v.
      Clipper Wonsild Tankers A/S,
      Crescent Marine Services A/S, and
      Trojan Shipping Co., Ltd.
      <u>Crim. No. 07-264 (PGS)</u>

Dear Judge Sheridan:

   In reference to Paragraph 13(B) of the Plea Agreement dated June 19, 2008 (Doc. No. 113), I am writing to inform Your Honor that it is the view of the United States Department of Justice and United States Coast Guard that defendant CLIPPER MARINE SERVICES A/S (now known as Nordic Tankers Marine A/S) has successfully implemented a remote monitoring system that is satisfactory to the government and has exerted best efforts in implementing such system.

   Therefore, pursuant to Paragraph 13(B) of the Plea Agreement, the government hereby elects to waive any remaining balance of the deferred fine provided in Paragraph 13(B). Consequently, no amount of the $1.25 million deferred fine will be owing by defendant CLIPPER MARINE SERVICES A/S.

                                          Very truly yours,

                                          PAUL J. FISHMAN
                                          United States Attorney

                                          s:/ *Bradley A. Harsch*
                                          By: Bradley A. Harsch
                                          Assistant U.S. Attorney

cc:     Michael Fernandez (via e-mail)
        Freehill, Hogan & Mahar LLP
        (Counsel for Nordic Tankers Marine A/S)

        David P. Kehoe (via e-mail)
        Senior Trial Attorney
        U.S. Department of Justice
        Environmental Crimes Section

        Commander Christopher P. Mooradian (via e-mail)
        First District Deputy Staff Judge Advocate
        United States Coast Guard

SO ORDERED: *Peter Sheridan*
DATED: 12/16/10